GUNDERSON et al., Plaintiffs, v. ELGAAEN et al., Defendants.

(178 N. W. 984.)

(File No. 4741.  Opinion filed July 27, 1920.)

Decision following opinion in Nelson et al. v. Lembcke et al., 43 S. D. 207, 178 N. W. 981.

Original action in quo warranto, by G. T. Gunderson and others, against Alfred Elgaaen and others, as officers of Baltic Independent Consolidated School District of Minnehaha County. On demurrer to complaint. Demurrer sustained.

McCoy, P. J., and Whiting, J., concurring specially.

*Teigen & Davis,* for Plaintiffs.

*Waggoner & Stordahl,* for Defendants.

GATES, J.  This is an original action similar in nature to the Garretson case, viz., Nelson v. Lembcke, 178 N. W. 981, the opinion in which is handed down herewith. It relates to the Baltic independent consolidated school district of Minnehaha county. The cause was submitted upon a demurrer to the complaint. The issues herein are the same as in the Garretson case. For the reasons expressed in the opinion in that case, the demurrer to the complaint will be sustained.

WHITING J. (concurring specially.)  For my views herein, see my concurring opinion in Nelson v. Lembcke.

McCOY, J. (concurring specially.)  For my views herein, see my concurring opinion in Nelson v. Lembcke.